```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MADISON REALTY CAPITAL L.P.,       :
                                   :
                  Plaintiff,       :      08 Civ. 4194 (PAC)
                                   :      ORDER SUPPLEMENTING
    -against-                      :      ORDER TO SHOW CAUSE
                                   :
TRACY SUTTLES,                     :
                                   :
                  Defendant.       :
------------------------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 08 2008

HONORABLE PAUL A. CROTTY, United States District Judge:

This order is an addendum to the Court's Order to Show Cause, filed on May 8, 2008. In that order, the Court inadvertently struck paragraphs (i) and (ii), which describe the matters to be addressed at the scheduled May 19, 2008 meeting. Those two paragraphs are hereby restored. Otherwise, the order remains as issued.

Dated: New York, New York
       May 8, 2008

SO ORDERED

/s/ Paul A. Crotty
_____
PAUL A. CROTTY
United States District Judge